UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Government Accountability & Oversight,<br><br>Plaintiff,<br><br>v.<br><br>U.S. Centers for Medicare & Medicaid Services, *et. al.*,<br><br>Defendants. | Civil Action No. 26-0733 (AHA) |

## JOINT STATUS REPORT

Pursuant to the Court's April 20, 2026, Minute Order, Defendants Centers for Medicare & Medicaid Services ("CMS") and the Department of Health and Human Services ("HHS") and Plaintiff Government Accountability & Oversight, (collectively, "the Parties") conferred and respectfully submit the following status on this Freedom of Information Act ("FOIA") case:

On August 8, 2025, Plaintiff submitted a FOIA request to CMS seeking certain email correspondence over a specific period of time in 2025 of five political-appointee custodians, which contain one or more of five keyworks pertaining to reforming the government healthcare payment system. ECF No. 1 at 3.

As previously stated, CMS's search identified approximately 1,112 potentially responsive pages of records.

CMS made its first interim production of all responsive, non-exempt pages that do not require consultation on May 8, 2026, and sent approximately thirty pages of records for consultation. CMS will produce all non-exempt portions of any records that require consultation on a rolling basis as they are returned from consultation.

Pursuant to the Court's order, the parties will file a further Joint Status Report on or before October 13, 2026, and every ninety days after until production of records is complete, at which point the parties will propose further scheduling as necessary. Plaintiff reserves its right to seek judicial intervention earlier if facts and circumstances warrant relief.

Dated: July 15, 2026                    Respectfully submitted,

/s/ Matthew D. Hardin                   JEANINE FERRIS PIRRO
MATTHEW D. HARDIN                       United States Attorney
D.C. Bar #1032711
Hardin Law Office                       By: /s/ Kaitlin K. Eckrote
101 Rainbow Drive #11506                KAITLIN K. ECKROTE
Livingston, TX 77399                    D.C. Bar #1670899
(202) 802-1948                          Assistant United States Attorney
MatthewDHardin@protonmail.com           601 D Street NW
                                        Washington, D.C. 20530
                                        (202) 252-2485
Counsel for Plaintiff                   Kaitlin.Eckrote@usdoj.gov

                                        Counsel for the United States of America

2