UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CENTERS FOR MEDICARE & MEDICAID SERVICES, *et al.*,<br><br>Defendants. | Civil Action No. 26-0733 (AHA) |

**JOINT STATUS REPORT**

Plaintiff Government Accountability & Oversight and Defendants Centers for Medicare & Medicaid Services ("CMS") and Department of Health and Human Services submit this joint status report pursuant to the Court's April 20, 2026 Minute Order.

On August 8, 2025, Plaintiff submitted a Freedom of Information Act ("FOIA") request to CMS seeking certain email correspondence of five political-appointee custodians during a specified period in 2025. The request sought correspondence containing one or more of five keywords concerning reform of the government healthcare payment system. ECF No. 1 at 3.

Defendants previously reported that CMS's search identified approximately 1,112 potentially responsive pages of records.

CMS made its first interim production on May 8, 2026, and sent approximately thirty pages of records for consultation. Defendants represent that CMS completed its production in August 2026.

Plaintiff disputes aspects of Defendants' response. On October 8, 2026, plaintiff identified two omitted attachments and challenged Exemption 5 withholdings in three emails or email chains.

Plaintiff requested clarification of whether CMS excluded the attachments under the request's limitation concerning draft attachments or withheld them under a FOIA exemption. Plaintiff also requested reconsideration of the challenged withholdings, including foreseeable harm and segregability.

Defendant is considering Plaintiff's disputes in good faith and is working to provide fulsome responses. Defendant will communicate its positions on these disputes to Plaintiff by November 30, 2026. Defendant will produce a Vaughn Index, if required, by January 12, 2027.

The parties propose to confer regarding these issues and file a further joint status report by January 12, 2027. To the extent that the parties cannot resolve their differences in the interim, they anticipate that the next report will include a proposed briefing schedule.

Dated: October 13, 2026

Respectfully submitted,

*/s/ Matthew D. Hardin*
MATTHEW D. HARDIN
D.C. Bar #1032711
Hardin Law Office
101 Rainbow Drive #11506
Livingston, TX 77399
(202) 802-1948
MatthewDHardin@protonmail.com

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Devin Iorio*
DEVIN IORIO
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
(202) 252-0840
Devin.Iorio@usdoj.gov

*Counsel for the United States of America*